In the Matter of the Accounting of KATHARINA WOHLGEMUTH et al., as Executors of CHARLES WOHLGEMUTH, Deceased, Respondents.

VILLAGE OF SEEWEN, Appellant.

*Matter of Wohlgemuth*, 110 App. Div. 644, affirmed.
(Argued March 2, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1906, which affirmed a decree of the New York County Surrogate's Court settling the accounts of the executors herein and directing distribution of the funds in their hands.

*Lucius H. Beers* and *Darius E. Peck* for appellant.

*Henry Meyer* and *Andrew S. Hamersley* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH FENNELLY, Respondent, v. THE UNITED COPPER COMPANY et al., Appellants.

*People ex rel. Fennelly* v. *United Copper Co.*, 110 App. Div. 892, affirmed.
(Submitted March 2, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 19, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to permit an inspection of the company's stock book.

*Dean Emery* and *Frederic R. Kellogg* for appellants.

*Edward J. McGuire* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.